UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | |
| **MOTELS OF SUGAR LAND, LLP** | Case No. 21-371-RLM-11 |
| Debtor. | |

### SUBMISSION OF INCOME AND EXPENSE STATEMENT

Motels of Sugar Land, LLP, ("Debtor"), by counsel, hereby submits it income and expense statement as exhibit "A".

___/s/ KC Cohen_____                    February 2, 2021

Attorney for the Debtor:
KC Cohen 04310-49
KC Cohen, Lawyer, PC
151 N. Delaware St., Ste. 1106
Indianapolis, IN 46204
317.715.1845
fax 916.0406
kc@smallbusiness11.com

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the was filed using the Court's ECF system and parties will be served via such system.

kc@esoft-legal.com;

spatel@mhghotelsllc.com;

Ronald.Moore@usdoj.gov;

ustpregion10.in.ecf@usdoj.gov;

kshort@coatsrose.com;

bcollins@coatsrose.com;

nhamren@coatsrose.com;

                                                                                    /s/ KC Cohen_____
                                                                                    KC Cohen

1