For Property: Springhill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Summary** | | | |
| Rooms Available | 34,404 | 34,404 | 0 |
| Rooms Sold | 14,458 | 18,823 | (4,365) |
| Occ % | 42.02% | 54.71% | (12.69%) |
| ADR | 77.08 | 99.24 | (22.16) |
| RevPar | 32.39 | 54.30 | (21.91) |
| **Operating Revenue** | | | |
| Room Revenue | 1,114,385 | 1,868,005 | (753,620) |
| F & B Revenue | 6,697 | 20,888 | (14,191) |
| Other Operated Departments | 17,842 | 38,201 | (20,359) |
| Miscellaneous Income | 35,777 | 0 | 35,777 |
| **Total Sales** | 1,174,701 | 1,927,094 | (752,392) |
| | | | |
| **Departmental Expenses** | | | |
| Room Expenses | 396,344 | 525,721 | (129,377) |
| F & B Expenses | 4,554 | 8,241 | (3,687) |
| Other Operated Depts. Expenses | 8,700 | 14,264 | (5,564) |
| **Total Departmental Expenses** | 409,598 | 548,226 | (138,628) |
| | | | |
| **Total Departmental Income** | 765,103 | 1,378,867 | (613,764) |
| | | | |
| **Undistributed Operating Expense** | | | |
| Admin & General | 116,718 | 171,396 | (54,678) |
| Infomation & Telcom | 39,204 | 44,733 | (5,529) |
| Sales & Marketing | 200,466 | 251,475 | (51,010) |
| Property Ops & Maint | 89,043 | 100,133 | (11,090) |
| Utilities | 60,130 | 61,911 | (1,781) |
| **Total Undistributed Expenses** | 505,561 | 629,649 | (124,088) |
| | | | |
| **Gross Operating Profit** | 259,542 | 749,219 | (489,676) |
| GOP % | 22.09% | 38.88% | (16.78%) |
| | | | |
| Management Fees | 40,235 | 67,448 | (27,214) |
| | | | |
| **Income Before Non-Oper. Expens** | 219,308 | 681,770 | (462,463) |
| | | | |
| **Non-Operating Expenses** | | | |
| Rent | 0 | 600 | (600) |
| Property & Other Taxes | 205,200 | 205,197 | 3 |
| Insurance | 41,150 | 43,435 | (2,284) |
| Other Non-Operating Expenses | 0 | 0 | 0 |
| **Total Non-Operating Expenses** | 246,350 | 249,231 | (2,881) |
| | | | |
| **EBITDA** | (27,043) | 432,539 | (459,582) |
| | | | |
| Depreciation & Amortization | 433,564 | 433,564 | 0 |
| Interest | 87,392 | 418,072 | (330,680) |
| Income Taxes | 0 | 0 | 0 |
| | | | |
| **Net Income** | (547,998) | (419,097) | (128,901) |

For Property SpringHill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Rooms Department** | | | |
| **Revenue** | | | |
| Transient - Retail | 1,032,861 | 691,891 | 340,970 |
| Transient - Discount | 0 | 373,893 | (373,893) |
| Transient - Negotiated | 0 | 329,711 | (329,711) |
| Transient - Qualified | 0 | 227,294 | (227,294) |
| Transient - Opaque | 0 | 22,010 | (22,010) |
| Transient - Other | (238) | 123,492 | (123,730) |
| **Total Transient Revenue** | **1,032,623** | **1,768,291** | **(735,668)** |
| Group - SMERF | 78,165 | 99,714 | (21,549) |
| **Total Group Revenue** | **78,165** | **99,714** | **(21,549)** |
| **Total Contract Revenue** | **0** | **0** | **0** |
| Guaranteed No Show | 3,598 | 0 | 3,598 |
| **Total Other Room Revenue** | **3,598** | **0** | **3,598** |
| **Total Room Revenue** | **1,114,385** | **1,868,005** | **(753,620)** |
| **Salaries and Wages** | | | |
| **Management** | | | |
| Payroll - Ops Mgr/AGM | 16,927 | 37,000 | (20,073) |
| **Non-Management** | | | |
| Payroll - Breakfast Attendant | 6,254 | 18,746 | (12,492) |
| Payroll - Guest Room Attendant | 61,637 | 83,928 | (22,291) |
| Payroll - Guest Service Rep | 43,207 | 41,595 | 1,612 |
| Payroll - Front Desk Supervisor | 18,384 | 26,791 | (8,407) |
| Payroll - Housekeeping Supervisor | 16,208 | 25,250 | (9,042) |
| Payroll - House Person | 5,154 | 0 | 5,154 |
| Payroll - Laundry Attendant | 22,699 | 23,899 | (1,200) |
| Payroll - Night Auditor | 42,028 | 36,234 | 5,794 |
| Bonus | 1,152 | 1,110 | 42 |
| **Total Room Salaries & Wages** | **233,649** | **294,553** | **(60,904)** |
| **Payroll Taxes & Benefits** | | | |
| Payroll Taxes | 19,836 | 26,410 | (6,574) |
| Workers Compensation | 1,124 | 2,934 | (1,811) |
| Insurance Benefits | 5,141 | 6,500 | (1,359) |
| Employee Relations | 1,142 | 5,645 | (4,503) |
| **Total Rooms PR Taxes & Benefits** | **27,242** | **41,490** | **(14,247)** |
| **Total Rooms Payroll** | **260,892** | **336,043** | **(75,151)** |
| **Other Expenses** | | | |
| Cleaning Supplies | 6,497 | 5,269 | 1,228 |
| Contract Cleaning | 0 | 2,914 | (2,914) |
| Complimentary F & B | 48,916 | 75,272 | (26,356) |
| Cable TV | 15,078 | 15,420 | (342) |
| Guest Relations | 3,047 | 3,011 | 36 |
| TA Commissions | 18,149 | 41,843 | (23,694) |
| Equipment Rental | 0 | 1,350 | (1,350) |
| Walked Guest | 0 | 0 | 0 |
| Guest Supplies | 18,148 | 18,818 | (670) |
| Laundry Supplies | 9,945 | 5,269 | 4,676 |

For Property: Springhill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| Linen | 6,287 | 10,538 | (4,251) |
| Reservations | 8,086 | 7,339 | 747 |
| Training/Meetings | 225 | 0 | 225 |
| Travel | 0 | 0 | 0 |
| Uniforms | 1,075 | 2,635 | (1,560) |
| **Total Room Other Expenses** | **135,452** | **189,678** | **(54,226)** |
| **Total Room Expenses** | **396,344** | **525,721** | **(129,377)** |
| **Rooms Department Profit (Loss)** | **718,041** | **1,342,284** | **(624,243)** |

For Property: Springhill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Room Statistics** | | | |
| Transient - Retail # | 13,605 | 6,457 | 7,148 |
| Transient - Discount # | 0 | 3,914 | (3,914) |
| Transient - Negotiated # | 0 | 3,227 | (3,227) |
| Transient - Qualified # | 0 | 2,476 | (2,476) |
| Transient - Opaque # | 0 | 360 | (360) |
| Transient - Other # | 0 | 1,268 | (1,268) |
| **Total Transient Rooms Sold** | **13,605** | **17,702** | **(4,097)** |
| Group - SMERF # | 853 | 1,121 | (268) |
| **Total Group Rooms Sold** | **853** | **1,121** | **(268)** |
| **Total Contract Rooms Sold** | **0** | **0** | **0** |
| **Total Rooms Sold** | **14,458** | **18,823** | **(4,365)** |
| Complimentary Rooms # | 126 | 0 | 126 |
| **Total Rooms Occupied** | **14,584** | **18,823** | **(4,239)** |
| **Average Daily Rate** | | | |
| Transient ADR | 75.90 | 99.89 | (23.99) |
| Group ADR | 91.64 | 88.95 | 2.68 |
| Contract ADR | 0.00 | 0.00 | 0.00 |
| **Total ADR** | **77.08** | **99.24** | **(22.16)** |
| **Occ %** | **42.02%** | **54.71%** | **(12.69%)** |
| **RevPar** | **32.39** | **54.30** | **(21.91)** |
| Out of Order Rooms # | 5,020 | 0 | 5,020 |
| Guaranteed No Shows # | 84 | 0 | 84 |

|  | YTD | YTD Bud | YTD Var $ |
|---|---|---|---|
| **Food & Beverage Department** | | | |
| | | | |
| **Revenue** | | | |
| Food Sales - Breakfast | 0 | 0 | 0 |
| Food Sales - Lunch | 0 | 0 | 0 |
| Food Sales - Dinner | (87) | 1,882 | (1,969) |
| **Total Food Revenue** | **(87)** | **1,882** | **(1,969)** |
| Beverage Sales - Beer | 1,426 | 5,645 | (4,220) |
| Beverage Sales - Liquor | 5,007 | 11,291 | (6,284) |
| Beverage Sales - Wine | 352 | 2,070 | (1,718) |
| Beverage Sales - Other | 0 | 0 | 0 |
| **Total Beverage Revenue** | **6,784** | **19,006** | **(12,222)** |
| **Total Banquet/Catering Revenue** | **0** | **0** | **0** |
| **Total F&B Other Revenue** | **0** | **0** | **0** |
| | | | |
| **Total F & B Revenue** | **6,697** | **20,888** | **(14,191)** |
| | | | |
| **Cost of Sales** | | | |
| Cost of Food Sales | 0 | 677 | (677) |
| Cost of Food % | 0.00 | 0.36 | (0.36) |
| Cost of Beer Sales | 0 | 1,524 | (1,524) |
| Cost of Beer % | 0.00 | 0.27 | (0.27) |
| Cost of Liquor Sales | 647 | 3,049 | (2,401) |
| Cost of Liquor % | 0.13 | 0.27 | (0.14) |
| Cost of Wine Sales | 245 | 559 | (314) |
| Cost of Wine % | 0.70 | 0.27 | 0.43 |
| Cost of Beverage Other | 105 | 0 | 105 |
| Cost of Bev Other % | 0.00 | 0.00 | 0.00 |
| | | | |
| **Total F & B Cost of Sales** | **998** | **5,810** | **(4,813)** |
| **Total Cost of Sales %** | **6.71** | **3.59** | **3.12** |
| | | | |
| **F & B Gross Operating Profit** | **5,700** | **15,078** | **(9,378)** |
| | | | |
| **Salaries & Wages** | | | |
| **Management** | | | |
| | | | |
| **Non-Management** | | | |
| Payroll - Bartender | 503 | 0 | 503 |
| **Total F & B Salaries & Wages** | **503** | **0** | **503** |
| | | | |
| **Payroll Taxes & Benefits** | | | |
| Payroll Taxes | 69 | 0 | 69 |
| Insurance Benefits | 121 | 0 | 121 |
| **Total F & B PR Taxes & Benefits** | **190** | **0** | **190** |
| | | | |
| **Total F & B Payroll** | **693** | **0** | **693** |
| | | | |
| **Other Expenses** | | | |
| China/Glass/Silverware | 0 | 209 | (209) |
| Cleaning Supplies | 0 | 0 | 0 |
| Contract Services | 500 | 1,200 | (700) |
| Licenses & Permits | 2,364 | 500 | 1,864 |
| Menus | 0 | 209 | (209) |
| Paper & Plastics | 0 | 313 | (313) |

**For Property: SpringHill Suites - Sugar Land**
**Income Statement POR**
**As of 12/31/2020**

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Total F & B Other Expenses** | 2,864 | 2,431 | 432 |
| **Total F & B Expenses** | 3,557 | 2,431 | 1,126 |
| **F & B Dept. Profit (Loss)** | 2,143 | 12,647 | (10,503) |

For Property: Springhill Suites - Sugar Land
**Income Statement POR**
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Food Statistics** | | | |
| **Customers/Average Check** | | | |
| Food Breakfast Avg Ck | 0.00 | 0.00 | 0.00 |
| Food Lunch Avg Ck | 0.00 | 0.00 | 0.00 |
| Food - Dinner Customers | 3 | 0 | 3 |
| Food Dinner Avg Ck | (28.96) | 0.00 | (28.96) |
| Banq Breakfast Avg Ck | 0.00 | 0.00 | 0.00 |
| Banq Lunch Avg Ck | 0.00 | 0.00 | 0.00 |
| Banq Dinner Avg Ck | 0.00 | 0.00 | 0.00 |
| Banq Coffee Break Avg Ck | 0.00 | 0.00 | 0.00 |
| Banq Reception Avg Ck | 0.00 | 0.00 | 0.00 |

For Property: Springhill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Minor Operated Departments** | | | |
| **Departmental Revenue** | | | |
| Coin Laundry Revenue | 0 | 565 | (565) |
| Meeting Room Rental | 2,728 | 9,409 | (6,682) |
| A/V Rental | 0 | 376 | (376) |
| Dry Cleaning Revenue | 1,134 | 753 | 381 |
| Market Revenue | 13,981 | 27,098 | (13,117) |
| **Total Minor Operated Revenue** | 17,842 | 38,201 | (20,359) |
| **Departmental Expenses** | | | |
| Dry Cleaning Expense | 66 | 715 | (649) |
| Market Expense | 8,634 | 13,549 | (4,915) |
| **Total Minor Operated Expenses** | 8,700 | 14,264 | (5,564) |
| **Minor Operated Departmenal Pro** | | | |
| Coin Laundry Profit | 0 | 565 | (565) |
| Meeting Room Profit | 2,728 | 9,409 | (6,682) |
| A/V Rental Profit | 0 | 376 | (376) |
| Dry Cleaning Profit | 1,068 | 38 | 1,030 |
| Catering Profit | 0 | 0 | 0 |
| Market Profit | 5,347 | 13,549 | (8,202) |
| *Market Profit %* | *0.38* | *0.50* | *(0.12)* |
| Parking Profit | 0 | 0 | 0 |
| **Total Minor Operated Profit** | 9,142 | 23,936 | (14,795) |
| **Miscellaneous Income** | | | |
| **Revenue** | | | |
| Cancellation Fees | 11,508 | 0 | 11,508 |
| Internet Income | 158 | 0 | 158 |
| Miscellaneous Income | 22,518 | 0 | 22,518 |
| Pet Fees | 100 | 0 | 100 |
| Smoking Fees | 1,492 | 0 | 1,492 |
| **Total Miscellaneous Income** | 35,777 | 0 | 35,777 |

For Property: SpringHill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Administrative & General** | | | |
| **Salaries & Wages** | | | |
| **Management** | | | |
| Payroll - General Manager | 58,107 | 62,476 | (4,369) |
| **Non-Management** | | | |
| Bonus | 9,756 | 9,371 | 385 |
| **Total A & G Salaries & Wages** | **67,863** | **71,847** | **(3,984)** |
| **Payroll Taxes & Benefits** | | | |
| Payroll Taxes | 1,518 | 5,623 | (4,105) |
| Workers Compensation | 603 | 0 | 603 |
| Insurance Benefits | 3,305 | 4,083 | (778) |
| Employee Relations | 44 | 0 | 44 |
| **Total A & G PR Taxes & Benefits** | **5,471** | **9,706** | **(4,235)** |
| **Total A & G Payroll** | **73,334** | **81,553** | **(8,219)** |
| **Other Expenses** | | | |
| Accounting Charges | 2,200 | 7,200 | (5,000) |
| Bad Debt | 1,904 | 747 | 1,157 |
| Chargebacks | 12,593 | 0 | 12,593 |
| Bank Service Charges | 503 | 618 | (115) |
| Cash Overage/Shortage | 405 | 0 | 405 |
| Over/Short for Accounting | (36,258) | 0 | (36,258) |
| A&G Allocations | 8,551 | 13,680 | (5,129) |
| Equipment Rental | 0 | 2,400 | (2,400) |
| Credit Card Commissions | 30,819 | 42,964 | (12,146) |
| Dues & Subscriptions | 3,629 | 1,000 | 2,629 |
| Lobby Music | 1,104 | 1,200 | (96) |
| Equipment Rental | 0 | 0 | 0 |
| Fines for Late Payments | 2,774 | 0 | 2,774 |
| Licenses & Permits | 1,134 | 0 | 1,134 |
| Recruiting | 1,627 | 2,400 | (773) |
| Meals | 1,594 | 941 | 653 |
| Printing & Office | 2,123 | 3,387 | (1,264) |
| Overdraft/Returned Check Fee | 894 | 0 | 894 |
| Payroll Processing | 2,021 | 2,367 | (346) |
| Postage & Delivery Charges | 389 | 300 | 89 |
| Legal Fees | 344 | 0 | 344 |
| Training/Meetings | 148 | 4,500 | (4,352) |
| Transportation | 0 | 0 | 0 |
| Travel | 4,818 | 5,950 | (1,132) |
| Auto/Mileage | 68 | 188 | (120) |
| **Total A & G Other Expenses** | **43,384** | **89,843** | **(46,459)** |
| **Total A & G Expenses** | **116,718** | **171,396** | **(54,678)** |

For Property Springhill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Information & Telecommunicatio** | | | |
| **Cost of Services** | | | |
| Cost of Cell Phones | 225 | 2,700 | (2,475) |
| Cost of Internet Services | 16,953 | 14,400 | 2,553 |
| Cost of Local Calls | 9,394 | 10,200 | (806) |
| Cost of Long Distance Calls | 294 | 0 | 294 |
| **Total I & T Cost of Services** | **26,866** | **27,300** | **(434)** |
| **System Expenses** | | | |
| M3 System Costs | 6,064 | 7,256 | (1,192) |
| Food & Beverage Systems | 0 | 700 | (700) |
| Information Systems | 2,150 | 2,136 | 14 |
| PMS Costs | 1,064 | 5,781 | (4,717) |
| Sales & Marketing Systems | 1,633 | 660 | 973 |
| **Total I & T System Expenses** | **10,911** | **16,533** | **(5,622)** |
| **Other Expenses** | | | |
| IT/Web Expense | 1,427 | 900 | 527 |
| **Total I & T Other Expenses** | **1,427** | **900** | **527** |
| **Total Information & Telecom. Exp** | **39,204** | **44,733** | **(5,529)** |

For Property: Springhill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---|---|---|
| **Sales & Marketing** | | | |
| **Salaries & Wages** | | | |
| **Management** | | | |
| Payroll - Salary Managers | 37,874 | 51,500 | (13,626) |
| **Non-Management** | | | |
| Bonus | 4,680 | 4,635 | 45 |
| **Total Sales & Mktg Sal. & Wages** | **42,554** | **56,135** | **(13,581)** |
| **Payroll Taxes & Benefits** | | | |
| Payroll Taxes | 3,441 | 4,635 | (1,194) |
| Insurance Benefits | 2,933 | 4,073 | (1,140) |
| Employee Relations | 2 | 0 | 2 |
| **Total Sales & Mktg PR Taxes & Be** | **6,375** | **8,708** | **(2,333)** |
| **Total Sales & Mktg Payroll** | **48,930** | **64,843** | **(15,913)** |
| **Other Expenses** | | | |
| Sales Allocations | 3,524 | 3,240 | 284 |
| Client Relations | 0 | 941 | (941) |
| Dues & Subscriptions | 350 | 175 | 175 |
| Revenue Management | 1,342 | 5,220 | (3,878) |
| Franchise Fee | 65,204 | 93,400 | (28,196) |
| Frequent Stay Program | 30,015 | 22,416 | 7,599 |
| Brand Marketing Fees | 51,101 | 56,040 | (4,940) |
| Operating Supplies | 0 | 0 | 0 |
| Training/Meetings | 0 | 3,400 | (3,400) |
| Travel | 0 | 1,800 | (1,800) |
| Meals | 0 | 0 | 0 |
| **Total Sales & Mktg Other Expense** | **151,536** | **186,632** | **(35,096)** |
| **Total Sales & Mktg Expenses** | **200,466** | **251,475** | **(51,010)** |

For Property: Springhill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Property Operations & Maintenance** | | | |
| **Salaries & Wages** | | | |
| **Management** | | | |
| Payroll - Salary Managers | 13,406 | 42,000 | (28,594) |
| **Non-Management** | | | |
| Payroll - Other Maintenance | 3,943 | 0 | 3,943 |
| Bonus | 1,260 | 1,260 | 0 |
| **Total POM Salaries & Wages** | **18,610** | **43,260** | **(24,650)** |
| **Payroll Taxes & Benefits** | | | |
| Payroll Taxes | 2,085 | 3,780 | (1,695) |
| Insurance Benefits | 0 | 0 | 0 |
| Employee Relations | 403 | 0 | 403 |
| **Total POM PR Taxes & Benefits** | **2,488** | **3,780** | **(1,292)** |
| **Total POM Payroll** | **21,098** | **47,040** | **(25,942)** |
| **Other Expenses** | | | |
| Building Repairs | 6,433 | 10,350 | (3,917) |
| Common Area Fees | 7,344 | 0 | 7,344 |
| Maintenance Allocations | 1,457 | 3,240 | (1,783) |
| Dues & Subscriptions | 0 | 0 | 0 |
| Electrical & Mechanical Equipment | 0 | 0 | 0 |
| Elevators | 10,849 | 6,000 | 4,849 |
| Engineering Supplies | 4,102 | 6,586 | (2,484) |
| Equipment Rental | 0 | 0 | 0 |
| Grounds Maintenance & Landscaping | 7,680 | 8,400 | (720) |
| HVAC Repairs | 2,944 | 2,179 | 765 |
| Ice Machine Repairs | 946 | 0 | 946 |
| Laundry Equipment | 572 | 0 | 572 |
| Licenses & Permits | 157 | 0 | 157 |
| Life/Safety | 4,772 | 3,486 | 1,286 |
| Light Bulbs | 2,405 | 0 | 2,405 |
| Painting & Decorating | 80 | 0 | 80 |
| Pest Control | 4,481 | 3,852 | 629 |
| Plumbing | 5,237 | 0 | 5,237 |
| Swimming Pool | 4,034 | 4,800 | (766) |
| Television & Radio Repair | 0 | 0 | 0 |
| Travel | 209 | 0 | 209 |
| Waste Removal | 4,244 | 4,200 | 44 |
| **Total POM Other Expenses** | **67,946** | **53,093** | **14,852** |
| **Total POM Expenses** | **89,043** | **100,133** | **(11,090)** |

For Property: Springhill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Utilities** | | | |
| Electricity | 30,522 | 34,625 | (4,103) |
| Gas & Oil | 5,721 | 7,715 | (1,994) |
| Water & Sewer | 23,887 | 19,571 | 4,316 |
| **Total Utilities** | **60,130** | **61,911** | **(1,781)** |

For Property SpringHill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **Management Fees** |  |  |  |
| Management Fees | 40,235 | 67,448 | (27,214) |
| **Total Management Fees** | **40,235** | **67,448** | **(27,214)** |
|  |  |  |  |
| **Non-Operating Expenses** |  |  |  |
| Equipment Lease | 0 | 600 | (600) |
| **Total Rent and Lease Expense** | **0** | **600** | **(600)** |
| Real Estate Taxes | 183,168 | 183,168 | (0) |
| Property Taxes | 22,032 | 22,028 | 4 |
| **Total Property & Other Taxes** | **205,200** | **205,197** | **3** |
| Building Insurance | 41,150 | 43,435 | (2,284) |
| **Total Insurance** | **41,150** | **43,435** | **(2,284)** |
| Total Other Non-Operating Expen | 0 | 0 | 0 |
| **Total Non-Operating Expenses** | **246,350** | **249,231** | **(2,881)** |
|  |  |  |  |
| **Depreciation & Amortization** |  |  |  |
| Depreciation | 398,546 | 398,546 | 0 |
| Amortization | 35,018 | 35,018 | 0 |
| **Total Depreciation & Amortization** | **433,564** | **433,564** | **0** |
| **Interest Expense** |  |  |  |
| Mortgage Interest | 87,182 | 418,072 | (330,890) |
| Note Interest | 210 | 0 | 210 |
| **Total Interest Expense** | **87,392** | **418,072** | **(330,680)** |
| **Income Taxes** |  |  |  |
| **Total Income Taxes** | **0** | **0** | **0** |

For Property: SpringHill Suites - Sugar Land
Income Statement POR
As of 12/31/2020

|  | YTD | YTD Bud | YTD Var $ |
|---|---:|---:|---:|
| **BUDGETED PAYROLL** | | | |
| Payroll - Ops Mgr/AGM | 16,927 | 37,000 | (20,073) |
| Payroll - Front Desk Supervisor | 18,384 | 26,791 | (8,407) |
| Payroll - Housekeeping Supervisor | 16,208 | 25,250 | (9,042) |
| Payroll - Guest Service Rep | 43,207 | 41,595 | 1,612 |
| Payroll - Breakfast Attendant | 6,254 | 18,746 | (12,492) |
| Payroll - Guest Room Attendant | 61,637 | 83,928 | (22,291) |
| Payroll - House Person | 5,154 | 0 | 5,154 |
| Payroll - Laundry Attendant | 22,699 | 23,899 | (1,200) |
| Payroll - Night Auditor | 42,028 | 36,234 | 5,794 |
| Bonus | 1,152 | 1,110 | 42 |
| **Total Rooms Payroll** | **233,649** | **294,553** | **(60,904)** |
| | | | |
| Payroll - Bartender | 503 | 0 | 503 |
| **Total F&B Payroll** | **503** | **0** | **503** |
| | | | |
| Payroll - General Manager | 58,107 | 62,476 | (4,369) |
| Bonus | 9,756 | 9,371 | 385 |
| **Total A&G Payroll** | **67,863** | **71,847** | **(3,984)** |
| | | | |
| Payroll - Salary Managers | 37,874 | 51,500 | -13,626 |
| Bonus | 4,680 | 4,635 | 45 |
| **Total Sales Payroll** | **42,554** | **56,135** | **(13,581)** |
| | | | |
| Payroll - Salary Managers | 13,406 | 42,000 | (28,594) |
| Payroll - Other Maintenance | 3,943 | 0 | 3,943 |
| Bonus | 1,260 | 1,260 | 0 |
| **Total Maint Payroll** | **18,610** | **43,260** | **(24,650)** |
| | | | |
| **Total Payroll** | **363,180** | **465,796** | **-102,616** |
| **Payroll %** | **30.92%** | **24.17%** | **6.75%** |
| | | | |
| A&G Allocations | 8,551 | 13,680 | (5,129) |
| Sales Allocations | 3,524 | 3,240 | 284 |
| Maintenance Allocations | 1,457 | 3,240 | (1,783) |
| **Total Allocations** | **13,532** | **20,160** | **-6,629** |
| **Total Payroll + Allocations** | **376,711** | **485,956** | **-109,244** |
| **Payroll & Allocation %** | **32.07%** | **25.22%** | **6.85%** |